United States District Court
Southern District of Texas
**ENTERED**
July 29, 2016
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| TIM SUMMERS, on behalf of himself individually, and others similarly situated, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. H-16-1563 |
| RICK'S FRONT DOOR REFINISHING, L.L.C., | § § § | |
| Defendant. | § | |

**ORDER OF DISMISSAL**

In accordance with the plaintiffs' stipulation, (Docket Entry No. 7), this action is dismissed with prejudice.  This is a final judgment.

SIGNED on July 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge